# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# DETROIT OFFICE

| | | |
|---|---|---|
| SHEILA REED, | ) | |
| | ) | |
| Plaintiff, | ) | 2:15-cv-11808-DPH-MKM |
| | ) | |
| v. | ) | Judge Hood |
| | ) | Magistrate Judge Majzoub |
| MIDLAND CREDIT MANAGEMENT, INCORPORATED, | ) ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION TO DISMISS WITH PREJUDICE PURSUANT TO SETTLEMENT**

By agreement, the parties to the above-captioned action, by and through their respective attorneys, state as follows:

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree that the above-captioned action should be dismissed.

2. The parties, by agreement, respectfully request that this case be dismissed with prejudice and without costs to any party, all costs having been paid and all matters in controversy for which this action was brought having been fully settled, compromised and adjourned.

**Date:** October 29, 2015

| | |
|---|---|
| **For Plaintiff,** <br> **Sheila Reed** | **For Defendant,** <br> **Midland Credit Management, Inc.** |
| /s David M. Marco | /s with consent Aaron L. Vorce |
| SMITHMARCO, P.C. | Dykema Gossett PLLC |
| 20 South Clark Street, Suite 2120 | 201 Townsend St., Suite 900 |
| Chicago, IL 60603 | Lansing MI 48933 |
| **Telephone:** (312) 546-6539 | **Telephone:** (517) 374-9104 |
| **Facsimile:** (888) 418-1277 | **Facsimile:** (517) 374-9191 |
| **E-mail:** dmarco@smithmarco.com | **E-mail:** avorce@dykema.com |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
DETROIT OFFICE

| | | |
|---|---|---|
| SHEILA REED, | ) | |
| | ) | |
| Plaintiff, | ) | 2:15-cv-11808-DPH-MKM |
| | ) | |
| v. | ) | Judge Hood |
| | ) | Magistrate Judge Majzoub |
| MIDLAND CREDIT MANAGEMENT, INCORPORATED, | ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL PURSUANT TO SETTLEMENT

Pursuant to settlement, this case is dismissed *with* prejudice, without costs to either party.

s/Denise Page Hood
Hon. Denise Page Hood
United States District Judge

Dated: October 29, 2015